IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-CR-102-BLW |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO DISMISS DEFENDANT FROM INDICTMENT |
| EFRAIN CASTILLO-VILLASENOR, | ) ) ) | |
| Defendant. | ) ) | |

The Court has before it a motion to dismiss as to defendant EFRAIN CASTILLO-VILLASENOR filed by United States of America (Docket No. 472).

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion to Dismiss the Defendant from the indictment, first superseding indictment, and second superseding indictment as to EFRAIN CASTILLO-VILLASENOR (Docket No. 472), filed by Government be, and the same is hereby, GRANTED.

DATED: **October 26, 2012**

B. LYNN WINMILL
*Chief Judge*
*United States District Court*

**ORDER - 1**